UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANTOS PETER MURILLO,<br><br>      Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | CASE NO. C20-0484JLR<br><br>ORDER |

This matter comes before the court upon Petitioner Santos Peter Murillo's motion for extension of time to file "[t]raverse/[r]eply" and to request an evidentiary hearing. (Mot. (Dkt. # 18).) Respondent United States of America ("the Government") did not file a response to Mr. Murillo's motion. (*See generally* Dkt.) The court has considered the motion, Mr. Murillo's submissions in support of the motion, and the applicable law. Being fully advised, the court GRANTS in part and DEFERS ruling in part Mr. Murillo's motion.

//

ORDER - 1

1        On March 27, 2020, pursuant to 28 U.S.C. § 2255, Mr. Murillo filed a petition for habeas corpus or motion to vacate, set aside, or correct his sentence.  (*See* Pet. (Dkt. # 1)); *see also United States v. Murillo*, No. CR16-0113JLR (W.D. Wash.)  The Government filed its Answer to Mr. Murillo's petition on May 27, 2020 (*see* Resp. (Dkt. # 13)), and the court noted the Government's Answer for consideration on June 19, 2020 (*see* Dkt. # 14).  By prior order of the court, Mr. Murillo's responsive brief was due on the Monday before the noting date, which was June 15, 2020.  (*See* 4/13/20 Order (Dkt. # 7).)  In the current motion, Mr. Murillo asks for a 45-day extension to that deadline and for an evidentiary hearing on the issues presented in his Section 2255 petition.  (*See* Mot. at 1-4.)

        The court GRANTS Mr. Murillo's request for an extension to his June 15, 2020 deadline to file a responsive brief.  Mr. Murillo's responsive brief shall be filed no later than August 3, 2020.  The court cautions Mr. Murillo that the brief should respond to the Government's brief and should not offer new grounds for relief.  If Mr. Murillo files a responsive brief, the Government may file a reply brief by August 7, 2020.  The court also DIRECTS the Clerk to re-note the Government's Answer to Mr. Murillo's Section 2255 petition for August 7, 2020.

//
//
//
//
//

The court DEFERS ruling on Mr. Murillo's request for an evidentiary hearing. The court will consider that request as part of its consideration of Mr. Murillo's Section 2255 petition.

Dated this 30th day of June, 2020.

JAMES L. ROBART
United States District Judge