UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANTOS PETER MURILLO,<br><br>       Petitioner,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | Case No. C20-0484-JLR<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS* |

Petitioner seeks to proceed in forma pauperis (IFP) in the appeal of the decision denying his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Considering petitioner's financial status alone, his application to proceed IFP on appeal (Dkt. 41) is GRANTED. (*But see* Dkt. 39 (denying motion to vacate and certificate of appealability).)

The Clerk is directed to send a copy of this Order to the parties and to the assigned District Judge.

Dated this 29th day of October, 2020.

                       /s/ Mary Alice Theiler
                       Mary Alice Theiler
                       United States Magistrate Judge